GLORIA THORP, Respondent, v. CENTER THEATRE CORPORATION, Appellant.—

No opinion. Order of February 5, 1960, affirmed,

without costs. No opinion. Order of February 28, 1961, affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.